459 A.2d 33

Commonwealth v. Thompson, Appellant.

Petition for Allowance of Appeal
Denied Sept. 30, 1983.

Submitted February 23, 1983.   John A. Halley, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.